RONALD HOLLAND, Bar No. 148687
RHolland@Littler.com
MICHAEL G. PEDHIRNEY, Bar No. 233164
MPedhirney@Littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendants
WASTE MANAGEMENT, INC., WASTE MANAGEMENT OF CALIFORNIA, INC., and MODESTO GARBAGE CO., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. MYERS, RODRIGO PALAFOX BARUSTA, RAUL CAMPOS, ALBERT FARIAS, SR., TONY T. ENCINAS, GARY LEWIS, ANGEL NAVARRO, MICHAEL NEGRETE, ROBERT SANGUINETTI, GILBERTO ZAMORA, and JAIME ZAMORA,<br><br>Plaintiffs,<br><br>v.<br><br>WASTE MANAGEMENT, INC., WASTE MANAGEMENT OF CALIFORNIA, INC., MODESTO GARBAGE CO., INC., and DOES 1-20, inclusive,<br><br>Defendants. | Case No.  1:10−CV−00560−LJO−DLB<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date:  June 3, 2010<br>Time:  8:30 a.m.<br>Courtroom:  4, Seventh Floor<br>Judge: Hon. Lawrence J. O'Neill<br><br>Case Removed:  March 31, 2010 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION TO CONTINUE MOTION
TO DISMISS PLAINTIFFS' COMPLAINT                1.                CASE NO. 1:10−CV−00560−LJO−DLB

1  Pursuant to Rules 143 and 230(f) of the Court's local rules, the parties hereby request
2  through their respective counsel of record that the following events be continued to the proposed
3  dates:
4  1. The hearing on Defendants' Motion to Dismiss Plaintiffs' Complaint, which is
5  currently scheduled for June 3, 2010, be continued until June 24, 2010 at 8:30am;
6  2. The briefing schedule for Plaintiffs' Opposition to Defendants' Motion to
7  Dismiss Plaintiffs' Complaint and Defendants' Reply Brief in support of the Motion to Dismiss be
8  continued commensurately with the new hearing date in a manner consistent with Local Rules
9  230(c) and 230(d).
10 **IT IS STIPULATED.**

Dated: May 4, 2010

　　　　　　　　　　　　　　　　　　/s/ Jason Rabinowitz
　　　　　　　　　　　　　　　　　　JASON RABINOWITZ
　　　　　　　　　　　　　　　　　　BEESON TAYER & BODINE

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　BRIAN K. MYERS, RODRIGO PALAFOX
　　　　　　　　　　　　　　　　　　BARUSTA, RAUL CAMPOS, ALBERT FARIAS,
　　　　　　　　　　　　　　　　　　SR., TONY T. ENCINAS, GARY LEWIS, ANGEL
　　　　　　　　　　　　　　　　　　NAVARRO, MICHAEL NEGRETE, ROBERT
　　　　　　　　　　　　　　　　　　SANGUINETTI, GILBERTO ZAMORA, and
　　　　　　　　　　　　　　　　　　JAIME ZAMORA

Dated: May 4, 2010

　　　　　　　　　　　　　　　　　　/s/ Michael G. Pedhirney
　　　　　　　　　　　　　　　　　　RONALD J. HOLLAND
　　　　　　　　　　　　　　　　　　MICHAEL G. PEDHIRNEY
　　　　　　　　　　　　　　　　　　LITTLER MENDELSON
　　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　WASTE MANAGEMENT, INC., WASTE
　　　　　　　　　　　　　　　　　　MANAGEMENT OF CALIFORNIA, INC., and
　　　　　　　　　　　　　　　　　　MODESTO GARBAGE CO., INC.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIPULATION TO CONTINUE MOTION TO DISMISS PLAINTIFFS' COMPLAINT**　　　2.　　　**CASE NO. 1:10−CV−00560−LJO−DLB**

**IT IS SO ORDERED.**

Dated: May  5, 2010

/s/ Lawrence J. O'Neill
THE HONORABLE LAWRENCE J,. O'NEILL
UNITED STATES DISTRICT JUDGE

Firmwide:95267938.1 046609.1692

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION TO CONTINUE MOTION
TO DISMISS PLAINTIFFS' COMPLAINT

3.

CASE NO. 1:10−CV−00560−LJO−DLB