RONALD HOLLAND, Bar No. 148687
RHolland@Littler.com
MICHAEL G. PEDHIRNEY, Bar No. 233164
MPedhirney@Littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendants
WASTE MANAGEMENT, INC., WASTE MANAGEMENT OF CALIFORNIA, INC., and MODESTO GARBAGE CO., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. MYERS, RODRIGO PALAFOX BARUSTA, RAUL CAMPOS, ALBERT FARIAS, SR., TONY T. ENCINAS, GARY LEWIS, ANGEL NAVARRO, MICHAEL NEGRETE, ROBERT SANGUINETTI, GILBERTO ZAMORA, and JAIME ZAMORA,<br><br>Plaintiffs,<br><br>v.<br><br>WASTE MANAGEMENT, INC., WASTE MANAGEMENT OF CALIFORNIA, INC., MODESTO GARBAGE CO., INC., and DOES 1-20, inclusive,<br><br>Defendants. | Case No.  1:10−CV−00560−LJO−DLB<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date:  June 24, 2010<br>Time:  8:30 a.m.<br>Courtroom:  4, Seventh Floor<br>Judge: Hon. Lawrence J. O'Neill<br><br>Case Removed:  March 31, 2010 |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION TO CONTINUE MOTION
TO DISMISS PLAINTIFFS' COMPLAINT           1.           CASE NO. 1:10−CV−00560−LJO−DLB

Pursuant to Rules 143 and 230(f) of the Court's local rules, the parties hereby request through their respective counsel of record that the following events be continued to the proposed dates in order to further facilitate the parties' efforts to resolve their dispute:

1. The hearing on Defendants' Motion to Dismiss Plaintiffs' Complaint, which is currently scheduled for June 24, 2010, be continued until July 22, 2010;

2. The briefing schedule for Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Complaint and Defendants' Reply Brief in support of the Motion to Dismiss be continued commensurately with the new hearing date in a manner consistent with Local Rules 230(c) and 230(d).

**IT IS STIPULATED.**

Dated: June 3, 2010

    /s/ Jason Rabinowitz
JASON RABINOWITZ
BEESON TAYER & BODINE

Attorneys for Plaintiffs
BRIAN K. MYERS, RODRIGO PALAFOX BARUSTA, RAUL CAMPOS, ALBERT FARIAS, SR., TONY T. ENCINAS, GARY LEWIS, ANGEL NAVARRO, MICHAEL NEGRETE, ROBERT SANGUINETTI, GILBERTO ZAMORA, and JAIME ZAMORA

Dated: June 3, 2010

    /s/ Michael G. Pedhirney
RONALD J. HOLLAND
MICHAEL G. PEDHIRNEY
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendants
WASTE MANAGEMENT, INC., WASTE MANAGEMENT OF CALIFORNIA, INC., and MODESTO GARBAGE CO., INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO CONTINUE MOTION TO DISMISS PLAINTIFFS' COMPLAINT   2.   CASE NO. 1:10−CV−00560−LJO−DLB

**IT IS SO ORDERED.**

Dated: June _4_, 2010

/s/ Lawrence J. O'Neill
THE HONORABLE LAWRENCE J,. O'NEILL
UNITED STATES DISTRICT JUDGE

Firmwide:95718469.1 046609.1692

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO CONTINUE MOTION TO DISMISS PLAINTIFFS' COMPLAINT    3.    CASE NO. 1:10−CV−00560−LJO−DLB