# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. MYERS, et. al, | CASE NO. CV F 10-0560 LJO DLB |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| WASTE MANAGEMENT, INC., et. al, | |
| Defendants. | |

On July 1, 2010, Plaintiffs filed a notice of voluntary dismissal with prejudice in the above-entitled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE the action.

IT IS SO ORDERED.

**Dated:    July 2, 2010**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE